HELEN JOHNSTON, INDEPENDENT EXECUTRIX OF THE ESTATE OF GRANT LINDSEY, DECEASED, AND TESTAMENTARY TRUSTEE FOR GRANT LINDSEY, JR. V. ROBERT S. CALVERT ET AL

No. A-6527. Decided October 9, 1957.
(305 S.W. 2d Series 778.)

*Helen Johnston,* of Houston, pro se.

*Will Wilson,* Attorney General, *W. V. Geppert, Marietta McGregor Payne,* Assts. Attorney General, for respondent

PER CURIAM.

We agree with the view expressed by Mr. Justice Hughes that Grant Lindsey, Jr. was not a "legally adopted child" within the meaning of Article 7118, Class A, Vernon's Ann. Texas Stats. See, Wooster v. Iowa State Tax Commission, 230 Iowa 797, 298 N.W. 922, 141 A.L.R. 1298.

The application for writ of error is refused, no reversible error.

Opinion delivered October 9, 1957.